IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
FEB 2 8 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| VALLA CONSTRUCTION, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 5:17-cv-00007-OLG |
| § | |
| THE CINCINNATI INSURANCE § | |
| COMPANY AND BRENNAN J. § | |
| LOWRY § | |
| § | |
| Defendant. § | |

## AGREED FINAL TAKE NOTHING JUDGMENT

**ON THIS DAY,** came on to be heard the above-entitled and numbered cause, and came the Plaintiff, VALLA CONSTRUCTION, INC. ("Plaintiff") and the Defendants, THE CINCINNATI INSURANCE COMPANY AND BRENNAN J. LOWRY ("Defendants") by and through their attorneys of record.

### I.

That, after considering the pleadings, the evidence, the arguments of counsel for the Plaintiff, VALLA CONSTRUCTION, INC. and the Defendants, THE CINCINNATI INSURANCE COMPANY AND BRENNAN J. LOWRY, the Parties hereto have agreed to the entry of a **Final Take Nothing Judgment** in favor of the Defendants, THE CINCINNATI INSURANCE COMPANY AND BRENNAN J. LOWRY, with respect to any and all claims and causes of action that were brought or could be brought by the Plaintiff against the Defendants with any and all costs, fees, expenses, liens and attorney fees to be paid by the Party incurring same.

II.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that VALLA CONSTRUCTION, INC., the Plaintiff, TAKE NOTHING by this Judgment against the Defendants, THE CINCINNATI INSURANCE COMPANY AND BRENNAN J. LOWRY, as to any and all claims and causes of action that were brought or could be brought by Plaintiff against the Defendants with any and all costs, fees, expenses, liens and attorney fees to be taxed against the party incurring same.

III.

IT IS FURTHER ORDERED THAT all relief prayed for, and not specifically granted in this Judgment, is hereby expressly refused and denied. This is a **Final Order** that disposes of all issues between the Parties and is appealable.

Signed this 28 day of Feb, 2017.

_____
JUDGE PRESIDING

APPROVED AS TO FORM
AND CONTENT:

_____
Daniel O. Kustoff
State Bar No. 11770515
dkustoffservice@kplegal.com
Kustoff & Phipps, L.L.P.
4103 Parkdale Street
San Antonio, Texas 78229
PH: (210) 614-9444
FAX: (210) 614-9464

**ATTORNEYS FOR PLAINTIFF
VALLA CONSTRUCTION, INC.**

_/s/ George L. Lankford_

George L. Lankford
State Bar No. 11934800
glankford@fhmbk.com
Fanning Harper Martinson Brandt & Kutchin, P.C.
4849 Greenville Ave., Ste. 1300
Dallas, Texas 75206
PH: (214) 369-1300
FAX: (214-987-9649)

**ATTORNEYS FOR DEFENDANTS
THE CINCINNATI INSURANCE COMPANY
AND BRENNAN J. LOWRY**